JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
RICHARD B. CASPER
Nevada Bar No. 8980
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Richard.Casper@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES MATTORANO PINEDA,<br><br>             Defendant. | Case No.  3:22-cr-00016-MMD-CSD<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between James M. Frierson, United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for JAMES MATTORANO PINEDA, that the government shall have to and including **March 20, 2023**, to file a response to Mr. Pineda's Motion to Suppress (ECF No. 31), filed March 3, 2023.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that Mr. Pineda shall have to and including **March 27, 2023**, to file a reply to the government's response.

This is the first stipulation to continue the response deadline. Counsel is requesting additional time to file a response mindful of the current trial date of April 11, 2023 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 14th day of March, 2023.

| | |
|---|---|
| JAMES M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By: _/s/ Richard Casper_<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the United States | By: _/s/ Kate Berry_<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for James Mattorano Pineda |

**IT IS SO ORDERED.**

**DATED** this ___14th___ day of March, 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE