| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 3:22CR00016 |

# TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
| --- | --- |
| | CR26-00104 CRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Nevada | U.S. Probation Office |

**FILED**

Mar 06 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

James Mattorano Pineda
516 Ellis Street
San Francisco, California 94109

| NAME OF SENTENCING JUDGE |
| --- |
| Miranda M. Du |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 4/16/2025 | 4/15/2028 |

OFFENSE
18 USC §§922(g)(1) & 924(a)(2) Felon in Possession of a Firearm
26 USC §§5841, 5861(d) & 5871 Possession of an Unregistered Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Permanent resident of California

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| March 2, 2026 | |
| --- | --- |
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 6, 2026 | |
| --- | --- |
| *Effective Date* | *United States District Judge* |

1